Case 1:19-cv-01260-LGS   Document 23   Filed 08/05/19   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

CEDRIC BISHOP

        Plaintiff,

v.

MALIBU BOATS, INC.

        Defendant.

------------------------------------------------------------x

No.: 19-cv-01260

ECF CASE

**<u>Stipulation of Dismissal</u>**

SO ORDERED.
Dated: August 5, 2019
New York, New York

*[signature]*
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff, CEDRIC BISHOP, and Defendant, MALIBU BOATS, INC., in accordance with Rule 41(a)(1) of the Federal Rules of Civil Procedure, that the above entitled action be dismissed with prejudice and without fees and costs.

Dated: New York, New York
      July 29, 2019

**O'MELVENY & MYERS LLP**

*[signature]*

Stephanie Drotar, Esq.
7 Times Square
New York, New York 10036
(212) 728-5933
Attorneys for Defendant

**GOTTLIEB & ASSOCIATES**

*[signature]*

Jeffrey M. Gottlieb, Esq.
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
Attorneys for Plaintiffs

SO ORDERED:

_____
United States District Court Judge